**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IVERY T. WILLIAMS,**     ) | |
|       **Plaintiff,**     ) | |
| **vs.**     ) | No.  3:13-CV-4557-G-BH |
|     ) | |
| **RISSIE OWENS, et. al,,**     ) | |
|       **Defendant.**     ) | Referred to U.S. Magistrate Judge |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the Plaintiffs' *Motion for Leave to Proceed In Forma Pauperis* on appeal, received April 3, 2014 (doc. ).

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed** *in forma pauperis* **on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 10th day of April, 2014.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE